UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA LUCIO,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEMILT GROWERS, LLC, and<br>STEMILT AG SERVICES, LLC,<br><br>                    Defendants. | NO:  1:15-CV-3082-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 50).  The parties have stipulated and requested that this action be dismissed with prejudice and without fees or costs to any party.  There being no reason to delay entry of this order,

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The hearing on this motion, set for February 24, 2017 is **VACATED**.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, the above entitled matter is **DISMISSED** with prejudice and

ORDER OF DISMISSAL ~ 1

without fees or costs to any party. All scheduled hearings, conferences and trial are vacated.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 27, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2